229 F.2d 737
 Angelina COLELLO and Joseph J. Colello, Plaintiffs-Appellants,
v.
Eric E. SUNDQUIST, Defendant-Appellee.
 No. 231, Docket 23856.
 United States Court of Appeals Second Circuit.
 Argued Jan. 12, 1956.
Decided Jan. 12, 1956.
 
 William Auerbach, New York City, for appellants.
 Evans, Orr, Walsh, Gourlay & Pacelli, New York City (William F. Laffan, Jr., Elmhurst, or counsel), for appellee.
 Before CLARK, Chief Judge, and FRANK and LUMBARD, Circuit Judges.
 PER CURIAM.
 
 
 1
 Judgment affirmed in open court on the opinion below, 137 F.Supp. 649.